IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MORGAN KEEGAN & COMPANY, INC.                                    PLAINTIFF

v.                              No.4:11-cv-446-DPM

DAVID FLEMING, *ET AL.*                                          DEFENDANTS

ORDER

It has dawned on me that Morgan Keegan is owned by Regions Financial Corp. A closely related entity, Regions Bank, is on my recusal list because of my varied, long-standing relationship with that Bank. I therefore recuse. I apologize to the parties and counsel for not catching the Morgan Keegan/Regions relationship sooner.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 January 2012_